UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  *Plaintiff*,<br><br>  v.<br><br>ANTHONY WHYTE<br>AMY SARCIA<br>  *Defendants*. | No. 3:19-cr-00064 (VAB) |

**JURY VERDICT FORM**

COUNT ONE

1. As to the charge in Count One of conspiracy to possess with intent to distribute and to distribute cocaine, heroin, and/or fentanyl, we the Jury unanimously find the defendant ANTHONY WHYTE:

     Not Guilty _____    Guilty _____

   If you answered Not Guilty to Question 1, proceed to Question 5. If you answered Guilty to Question 1, proceed to Question 2.

2. As to Count One, we the Jury unanimously find that the following quantity of cocaine reasonably foreseeable to the defendant ANTHONY WHYTE:

    a) 5 kilograms or more _____

    b) 500 grams or more _____

    c) less than 500 grams _____

   Please proceed to Question 3.

3. As to Count One, we the Jury unanimously find that the following quantity of heroin reasonably foreseeable to the defendant ANTHONY WHYTE:

    a) 100 grams or more _____

    b) less than 100 grams _____

1

Please proceed to Question 4.

4. As to Count One, we the Jury unanimously find that the following quantity of fentanyl reasonably foreseeable to the defendant ANTHONY WHYTE:

    a) 40 grams or more \_\_\_\_\_

    b) less than 40 grams \_\_\_\_\_

Please proceed to Question 5.

5. As to the charge in Count One of conspiracy to possess with intent to distribute and to distribute cocaine and/or heroin, we the Jury unanimously find the defendant AMY SARCIA:

    Not Guilty \_\_\_\_\_           Guilty \_\_\_\_\_

If you answered Not Guilty to Question 5, proceed to Question 8  If you answered Guilty to Question 5, proceed to Question 6.

6. As to Count One, we the Jury unanimously find that the following quantity of cocaine reasonably foreseeable to the defendant AMY SARCIA:

    a) 500 grams or more \_\_\_\_\_

    b) less than 500 grams \_\_\_\_\_

Please proceed to Question 7.

7. As to Count One, we the Jury unanimously find that the following quantity of heroin reasonably foreseeable to the defendant AMY SARCIA:

    a) 100 grams or more \_\_\_\_\_

    b) less than 100 grams \_\_\_\_\_

Please proceed to Question 8.

## COUNT TWO

8. As to the charge in Count Two of possession with the intent to distribute and distribution of heroin on October 15, 2018, we the Jury unanimously find the defendant ANTHONY WHYTE:

    Not Guilty \_\_\_\_\_           Guilty \_\_\_\_\_

Please proceed to Question 9.

## COUNT THREE

9. As to the charge in Count Three of possession with the intent to distribute and distribution of heroin on October 30, 2018, we the Jury unanimously find the defendant ANTHONY WHYTE:

    Not Guilty \_\_\_\_\_     Guilty \_\_\_\_\_

    Please proceed to Question 10.

## COUNT EIGHT

10. As to the charge in Count Eight of possession with the intent to distribute and distribution of heroin, cocaine, and/or fentanyl on February 21, 2019, we the Jury unanimously find thedefendant ANTHONY WHYTE:

    Not Guilty \_\_\_\_\_     Guilty \_\_\_\_\_

    If you answered Not Guilty to Question 10, proceed to Question 14. If you answered Guilty to Question 10, proceed to Question 11.

11. As to Count Eight, we the Jury unanimously find that the following quantity of cocaine is attributable to the defendant ANTHONY WHYTE:

    a) 500 grams or more \_\_\_\_\_

    b) less than 500 grams \_\_\_\_\_

    Please proceed to Question 12.

12. As to Count Eight, we the Jury unanimously find that the following quantity of heroin is attributable to the defendant ANTHONY WHYTE:

    a) 100 grams or more \_\_\_\_\_

    b) less than 100 grams \_\_\_\_\_

    Please proceed to Question 13.

13. As to Count Eight, we the Jury unanimously find that the following quantity of fentanyl is attributable to the defendant ANTHONY WHYTE:

    a) 40 grams or more \_\_\_\_\_

   b) less than 40 grams \_\_\_\_\_

Please proceed to Question 14.

## COUNT NINE

14. As to the offense charged in Count Nine of possession of a firearm in furtherance of a drug trafficking crime, we the Jury unanimously find the defendant ANTHONY WHYTE:

      Not Guilty \_\_\_\_\_        Guilty \_\_\_\_\_

Proceed to Question 15.

## COUNT THIRTEEN

15. As to the offense charged in Count Thirteen of conspiracy to commit money laundering, we the Jury unanimously find the defendant ANTHONY WHYTE:

      Not Guilty \_\_\_\_\_        Guilty \_\_\_\_\_

If you answered Guilty to Question 15, proceed to Question 16. If you answered Not Guilty to Question 15, proceed to Question 18.

16. As to the offense charged in Count Thirteen of the conspiracy to commit money laundering, we the jury unanimously find the defendant ANTHONY WHYTE did so with the intent to promote the carrying on of a specified unlawful activity, narcotics trafficking.

      True \_\_\_\_\_        False \_\_\_\_\_

Proceed to Question 17.

17. As to the offense charged in Count Thirteen of the conspiracy to commit money laundering, we the jury unanimously find the defendant ANTHONY WHYTE did so knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, narcotics trafficking.

      True \_\_\_\_\_        False \_\_\_\_\_

Proceed to Question 18.

18. As to the offense charged in Count Thirteen of conspiracy to commit money laundering, we the Jury unanimously find the defendant AMY SARCIA:

   Not Guilty _____          Guilty _____

   If you answered Guilty to Question 18, proceed to Question 19. If you answered Not Guilty to Question 18, proceed to the end of the verdict form.

19. As to the offense charged in Count Thirteen of the conspiracy to commit money laundering, we the jury unanimously find the defendant AMY SARCIA did so with the intent to promote the carrying on of a specified unlawful activity, narcotics trafficking.

   True _____          False _____

   Proceed to Question 20.

20. As to the offense charged in Count Thirteen of the conspiracy to commit money laundering, we the jury unanimously find the defendant AMY SARCIA did so knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, narcotics trafficking.

   True _____          False _____

**YOUR ANSWERS MUST BE UNANIMOUS.**

*Please double check your answers above and then sign and date this verdict form.*

_____          _____
Foreperson                            Date

5