Crim-Trial (4/2/12)

HONORABLE: Victor A. Bolden, USDJ
DEPUTY CLERK J. Perez      RPTR/ECRO/TAPES S. Montini
TOTAL TIME: 6 hours 0 minutes    USPO _____ INTERPRETER _____
DATE: 9/27/2021   START TIME: 9:05   END TIME: 5:05
LUNCH RECESS   FROM: 11:20   TO: 1:02
RECESS (if more than ½ hr)   FROM: _____   TO: _____

CRIMINAL NO. 3:19cr64 (VAB)       Deft # 1 & 20

UNITED STATES OF AMERICA

vs

Anthony Whyte and Amy Sarcia

Natasha Freismuth, Angel Krull
AUSA

Jonathan J. Einhorn, Richard R. Brown
Defendant's Counsel

## CRIMINAL JURY/COURT TRIAL

- [x] Jury of 12 and 4 alternates report ☐ Jury sworn.
- ☐ Juror # _____ excused ☐ Alternates excused
- ☐ Deft _____ Failed to appear. Bench warrant issued.
- [x] ☒ Jury Trial held ☒ Jury Trial continued until 9/28/2021 at 8:30a
- ☐ ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion _____ ☐granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____ ☐granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐granted ☐ denied ☐advisement
- ☐ Govt's oral motion _____ ☐granted ☐ denied ☐ advisement
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ ☐ Government rests ☐ Defendant _____ rests
- [x] ☒ Summation held ☒ Court's Charge to the Jury
- [x] All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
- ☐ Jury commences deliberations at _____
- [x] Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- ☐ SEE ☐ page II ☐ for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet