LOCAL PTS
Non-Compliance Report
(06/22)

**DATE**
04/28/2023

U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT

**NAME**
Amy Sarcia

**DOCKET NUMBER:**
0205 3:19CR00064-0020

**U.S. DISTRICT/MAGISTRATE JUDGE**
Honorable Victor A. Bolden, U.S. District Judge

### Notification of Non-Compliance

**ASSISTANT U.S ATTORNEY**
Natasha Freismuth

**DEFENSE ATTORNEY**
David A. Moraghan

**RELEASE DATE:** February 21, 2019
**NEXT COURT DATE:** July 12, 2023
**CURRENT STATUS:** At Liberty

**CHARGED OFFENSE(S)**
Conspiracy to Possess with Intent to Distribute Controlled Substances and Distribution of Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1) and 846

*(Displaying Most Severe)*

**CONDITIONS**

The defendant is placed in the custody of:
  Person or organization   Derek Palmerone
  Address *(only if above is an organization)*   68 River Road
  City and State   Pawcatuck, CT      Tel. No.
  Submit to supervision by and report for supervision to the
  telephone number _____ no later than _____

- [✓] continue or actively seek employment.
- [✓] surrender any passport to: Defense counsel by February 26, 2019
- [✓] not obtain a passport or other international travel document.
- [✓] abide by the following restrictions on personal association, residence, or travel:
  The defendant's travel is restricted to Connecticut. The defendant is required to live at the River Road address listed above.
- [✓] avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including:
  co-defendants listed in the compliant affidavit
- [✓] not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- [✓] not possess a firearm, destructive device, or other weapon
- [✓] not use alcohol   ( ) at all   (●) excessively.

LOCAL PTS
Non-Compliance Report
(06/22)

☑ submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

☑ participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

☑ report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

**CONDITIONS VIOLATED**

Abide by the following restrictions on personal association, residence or travel: The defendant's travel is restricted to Connecticut. The defendant is required to live at the River Road address listed above.

**NATURE OF NON-COMPLIANCE/PROBATION OFFICER'S RESPONSE**

On April 23, 2023, the undersigned officer received a voicemail from Trooper Lori Terhune, New Hampshire State Police Department, advising that she had contact with Ms. Sarcia on this date at approximately 11:50 a.m. Trooper Terhune advised the undersigned officer to reply to the call for additional details.

On April 25, 2023, the undersigned officer left a voicemail for Trooper Lori Terhune requesting a call back as soon as possible.

On April 27, 2023, Trooper Lori Terhune contacted the undersigned officer. She advised that Ms. Sarcia was a passenger in a vehicle driven by her husband, Derek Palmerone. Ms. Sarcia was the only passenger in the vehicle, drive and owned by Derek Palmerone. He was stopped for a motor vehicle violation, issued a ticket and released.

On April 27, 2023, the undersigned officer contacted Ms. Sarcia to discuss her non-compliance. She advised that she went on a last minute trip to New Hampshire to assist her friend with moving. Ms. Sarcia was verbally reprimanded for traveling out of the State of Connecticut without permission. She advised that she knows she made a mistake and that she will seek permission in the future. Ms. Sarcia has been directed to contact the undersigned officer once per week for a period of 30 days to maintain her compliance.

**ADJUSTMENT TO PRETRIAL SERVICES SUPERVISION** *(Summary of compliance, results of criminal record check)*

Ms. Sarcia has remained in compliance with her conditions of release. She is employed with MEG Properties in New London, and is also employed in the service industry. Ms. Sarcia successfully completed substance abuse treatment and has been testing negative for all illicit substances to date. Ms. Sarcia continues to maintain her residence with her husband in their Pawcatuck, Connecticut home.

**OFFICER RECOMMENDATION**

It is respectfully recommended that the Court take no action at this time, and allow Ms. Sarcia to report to the undersigned officer weekly for a period of 30 days to get herself back into compliance.

LOCAL PTS
Non-Compliance Report
(06/22)

I declare the foregoing is true and correct.

by _____

Jessica Dickson
U.S. Probation Officer

Date: April 28, 2023

LOCAL PTS
Non-Compliance Report
(06/22)

**Judicial Officer's Response:**

☒ Concur with U.S. Probation & Pretrial Services

☐ Issue a summons for a bond hearing

☐ Issue a warrant for a bond hearing

☐ Other

Victor A. Bolden
Digitally signed by Victor A. Bolden
Date: 2023.04.30 05:05:31 -04'00'

Signature of Judicial Officer

April 30, 2023

Date