<u>UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF CONNECTICUT</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO. 3:19CR64 (VAB)** |
| **VS.** | |
| **ANTHONY WHYTE, et al** | **JUNE 22, 2023** |

<u>DEFENDANT AMY SARCIA'S</u>
<u>MOTION FOR ENLARGEMENT OF TIME RE: SENTENCING</u>

Defendant, Amy Sarcia, for the reasons which follows, moves this Court to enlarge the sentencing date from July 12, 2023 until some time on or after August 21, 2023.

1. The defendant, Amy Sarcia, is suffering from a medical condition more fully described in the contemporaneous sealed document.

2. As a result of said condition, she is being monitored by her physician specialist.

3. It is hoped that this modest extra time will contribute to improving her health condition.

4. The Government (AUSA Natasha Freismuth) does not object to this motion.

WHEREFORE, it is so moved.

> RESPECTFULLY SUBMITTED,
> DEFENDANT, AMY SARCIA
>
> By   CT00009
> Richard R. Brown, Esq.
> Brown Paindiris & Scott, LLP
> 100 Pearl Street, 10th Floor
> Hartford, CT 06103
> Tel  860.522.3343; Fax 860.522.2490
> Fed. Bar CT00009

1

## **CERTIFICATION**

**I hereby certify that on this 22nd day of June, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all Parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.**

\_\_\_**CT00009**_____
**Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel  860.522.3343
Fax 860.522.2490
Fed. Bar Ct00009**