<u>**UNITED STATES DISTRICT COURT**</u>
<u>**DISTRICT OF CONNECTICUT**</u>

**UNITED STATES OF AMERICA**　　　　　　　　**DOCKET NO. 3:19CR64 (VAB)**

**VS.**

**ANTHONY WHYTE, et al**　　　　　　　　　　**JUNE 22, 2023**

<u>**DEFENDANT AMY SARCIA'S**</u>
<u>**MOTION TO SEAL MEDICAL INFORMATION**</u>

Defendant, Amy Sarcia, moves to seal certain medical information in support of her motion for enlargement of time for sentencing.

WHEREFORE, it is so moved.

　　　　　　　　　　　　　　　　**RESPECTFULLY SUBMITTED,**
　　　　　　　　　　　　　　　　**DEFENDANT, AMY SARCIA**


　　　　　　　　　　　　　　　　By　CT00009
　　　　　　　　　　　　　　　　Richard R. Brown, Esq.
　　　　　　　　　　　　　　　　Brown Paindiris & Scott, LLP
　　　　　　　　　　　　　　　　100 Pearl Street, 10th Floor
　　　　　　　　　　　　　　　　Hartford, CT 06103
　　　　　　　　　　　　　　　　Tel  860.522.3343
　　　　　　　　　　　　　　　　Fax 860.522.2490
　　　　　　　　　　　　　　　　Fed. Bar CT00009

1

**CERTIFICATION**

**I hereby certify that on this 22nd day of June, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all Parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.**

__CT00009_____
**Richard R. Brown, Esq.
Brown Paindiris & Scott, LLP
100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel  860.522.3343
Fax 860.522.2490
Fed. Bar Ct00009**